FLORENCE BLAUFELD, Respondent, *v.* DOROTHY HYAMS, Appellant.

(Submitted October 7, 1935; decided October 8, 1935.)

*Sidney I. Prager* for motion.
*Henry A. Blumenthal* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless undertaking is filed within ten days and appellant pays ten dollars costs, in which event the motion is denied.